## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**SUSAN CAROLYN FERRIS MOORE,**

    **Plaintiff,**

**v.**                                                    **Case No: 8:22-cv-2410-MSS-SPF**

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), (Dkt. 14), and Judge Sean P. Flynn's Report and Recommendation, (Dkt. 15), recommending that the Court grant Plaintiff's Motion. Plaintiff seeks $7,407.97 in attorneys' fees and $402.00 in costs, pursuant to the EAJA, 28 U.S.C. §§ 2412, 1304. Defendant does not oppose the Motion.

On March 21, 2024, Judge Flynn recommended that the Motion should be granted. (Dkt. 15) Neither Party has filed an objection to the Report and Recommendation, and the deadline to do so has expired.

Accordingly, based on the foregoing, it is hereby **ORDERED**:

    1. Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act, (Dkt. 14), is **GRANTED**.

2. The Report and Recommendation issued by Judge Flynn, (Dkt. 15), is **CONFIRMED** and **ADOPTED**.

3. Plaintiff Susan Carolyn Ferris Moore shall recover from Defendant attorneys' fees in the amount of $7,407.97 and costs in the amount of $402.00, payable directly to Plaintiff's counsel if the Commissioner determines that Plaintiff does not owe a debt to the government.

4. The **CASE SHALL REMAIN CLOSED**.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of May 2024.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person